# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| NOBELBIZ, INC.<br><br>        Plaintiff,<br><br>v.<br><br>STAGE 2 NETWORKS, L.L.C.<br><br>        Defendant. | Civil Action No. 6:12-cv-308 |

## ORDER OF DISMISSAL

Before the Court is the Amended Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). After considering the Amended Stipulation of Dismissal and finding that good cause exists for its entry, it is hereby ORDERED that all claims by Plaintiff NobelBiz, Inc. against Defendant Stage 2 Networks, L.L.C., which have been asserted in this action are dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties shall bear their respective costs and attorney's fees.

**So ORDERED and SIGNED this 5th day of July, 2012.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**